## Commonwealth *v.* Stark, Appellant.

Argued April 18, 1975. *Neal R. Cramer*, with him *Jubelirer, McKay, Pass & Intrieri*, for appellant; *Morrison F. Lewis*, Assistant District Attorney, with him *James J. Conte* and *Henry A. Martin*, Assistant District Attorneys, and *Albert M. Nichols*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed; petition for reargument refused June 25, 1975.

## Commonwealth *v.* Thomas, Appellant.

Argued April 14, 1975. *Leonard G. Ambrose, III*, for appellant; *Bernard L. Siegel*, First Assistant District Attorney, with him *Robert H. Chase*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.